(HC) Dang v. Kernan                                                                                                    Doc. 14

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SI VAN DANG,                                    No. CIV S-05-2157-LKK-CMK-P

    Petitioner,

  vs.                                           <u>ORDER</u>

SCOTT M. KERNAN,

    Respondent.

_____/

        Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's petition (Doc. 1).

        The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. <u>See id.</u> Respondent, therefore, will be directed to file a response to petitioner's petition. <u>See id.</u> If respondent answers the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases. Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition. <u>See id.</u>

Dockets.Justia.com

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's petition within thirty days from the date of service of this order;

2. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within thirty days of service of respondent's response; and

3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's petition for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED: November 2, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE