IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SI VAN DANG,                                                     No. CIV S-05-2157-LKK-CMK-P

        Petitioner,

   vs.                                                                       ORDER

SCOTT M. KERNAN,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's motion for an extension of time (Doc. 16), filed on December 5, 2005.[1]

        On November 3, 2005, the court directed respondent to file a response to the instant habeas corpus petition within 30 days. Respondent now seeks an extension of that deadline to December 15, 2005. Good cause appearing therefor, the request will be granted.

/ / /

---

[1] Respondent's motion is entitled "Request for Relief from Default and Application and Declaration for Enlargement of Time to File Response." Because the court has not entered respondent's default, the document is construed as a motion for extension of time to file a response.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time is granted; and
2. Respondent shall file a response to petitioner's habeas corpus petition by December 15, 2005.

DATED: December 5, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE