IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SI VAN DANG,                                              No. CIV S-05-2157-LKK-CMK-P

        Petitioner,

   vs.                                                            ORDER

SCOTT M. KERNAN,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 14, 2005, respondent filed a motion to dismiss. That motion was noticed for hearing on January 20, 2006, at 10:00 a.m. in Redding, California. The parties are advised that the undersigned hears law and motion matters on Tuesdays. Respondent's motion will, therefore, be heard on Tuesday, January 17, 2006, at 10:00 a.m. in Redding, California. Petitioner's opposition, if any, to respondent's motion will be due 14 days preceding this hearing date, unless a new briefing schedule is set by the court upon either ex parte or stipulated motion. The court refers the parties to Eastern District of California Local Rule 78-230 for more information regarding law and motion practice in this court.

1    Accordingly, IT IS HEREBY ORDERED that respondent's motion to dismiss,
2 filed on December 14, 2005, is rescheduled for hearing before the undersigned on January 17,
3 2006, at 10:00 a.m. in Redding California.

5 DATED: December 16, 2005.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE