1

2

3

4

5

6

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   SI VAN DANG,                              No. CIV S-05-2157-LKK-CMK-P

12              Petitioner,

13        vs.                                  <u>ORDER</u>

14   SCOTT M. KERNAN,

15              Respondent.

16   _____/

17              Petitioner, a state prisoner proceeding with retained counsel, brings this petition

18   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 14, 2005, respondent

19   filed a motion to dismiss.  That motion is currently set for hearing before the undersigned on

20   January 17, 2006, at 10:00 a.m. in Redding, California.  Pending before the court is petitioner's

21   motion for an extension of time to file a response to respondent's motion.[1]

22              In his motion for an extension of time, petitioner indicates that respondent agrees

23   to an extension to February 13, 2006, to file a response to the motion to dismiss and a traverse.

24   Petitioner suggests February 21, 2006, as a new hearing date for respondent's motion to dismiss.

25   _____

26        [1]      Because respondent's motion to dismiss is also styled as respondent's answer to
     the petition, petitioner seeks an extension of time to file his traverse on the merits.

Good cause appearing therefor, the court will grant the requested extension of time to file a response to the motion to dismiss and a traverse.

The court, however, does not accept the suggested hearing date.  First, February 21, 2006, is not this court's law and motion hearing day. For February 2006, that day is the 14th. Second, it would be preferable for the parties to meet and confer on a mutually convenient hearing date on the undersigned's law and motion calendar.  Alternatively, the parties could agree to submit the motion on the papers with no hearing.  The court expresses no preference. Petitioner will be required to notify the court whether the parties have agreed that the motion to dismiss will stand submitted on the papers upon completion of briefing, or whether the parties have agreed on a new hearing date.  In the meantime, respondent's motion to dismiss will be off calendar and the January 17, 2006, hearing date will be vacated

Accordingly, IT IS HEREBY ORDERED that:

1.      Petitioner's motion for an extension of time is granted;

2.      Petitioner's response to respondent's motion to dismiss is due by February 13, 2006;

3.      Petitioner's traverse is due by February 13, 2006;

4.      Petitioner shall file a notice with the court consistent with this order by February 13, 2006; and

5.      The January 17, 2006, hearing date is vacated.

DATED:   January 11, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2