IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SI VAN DANG,                                                    No. CIV S-05-2157-LKK-CMK-P

    Petitioner,

  vs.                                                                    ORDER

SCOTT M. KERNAN,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On March 16, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Petitioner has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 16, 2006, are adopted in full;

2. Respondent's motion to dismiss is denied; and

3. This matter is referred back to the magistrate judge for issuance of findings and recommendations on the merits.

DATED: April 20, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT