IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SI VAN DANG,

      Petitioner,               No. CIV S-05-2157 ALA HC

      vs.

SCOTT M. KERNAN, Warden,

      Respondent.            <u>ORDER</u>

_____/

      Respondent is requested to provide this Court with a copy of the Reporter's Transcript on Appeal (RT), the Clerk's Transcript on Appeal (CT), and the Augmentation to Reporter's Transcript on Appeal (ART), which are referenced in Petitioner's Memorandum of Points and Authorities in Support of Petition for Writ of Habeas Corpus and Respondent's Answer to Petition for Writ of Habeas Corpus.

/////

      In accordance with the above, IT IS HEREBY ORDERED that Respondent is directed to provide copies of the Reporter's Transcript on Appeal, the Clerk's Transcript on Appeal, and the Augmentation to Reporter's Transcript on Appeal within fourteen days from the date of this order.

1

1   /////

2   DATED: February 29, 2008

3                                   /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
4                                   Sitting by Designation